U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 15 2017

TONY R. MOORE, CLERK
BY: _____MB_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD E. ASHLEY | *CIVIL ACTION NO. 6:16-1096 |
| VS. | *JUDGE DRELL |
| LIBERTY LIFE ASSURANCE CO. OF BOSTON | *MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that Liberty Life Assurance Company of Boston's Motion to Dismiss is **GRANTED** in part. Accordingly, plaintiff's Louisiana state law claims are **DISMISSED WITH PREJUDICE**. Liberty's request for attorney's fees and costs pursuant to 29 U.S.C. § 1132(g)(1) is **DENIED** as premature.

**IT IS FURTHER ORDERED** that plaintiff is **granted leave to amend** his Complaint to properly plead federal claims for long term disability benefits and attorney fees under ERISA and to clarify the legal and factual grounds for these claims, as well as the proper basis for this Court's jurisdiction.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 14th day of February, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT